JS6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| HENRY HANSITO,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-00735-RGK-ACCV<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted. The Clerk shall enter judgment accordingly.

DATED: 7/29/2026

Gary Klausner

HON. R. GARY KLAUSNER
United States District Judge